118 F.3d 1575
 Valerie Hollus
v.
Amtrak Northeast Corridor, Conrail, New Jersey Transit, City
of New Brunswick, State of New Jersey, Department of
Transportation, County of Middlesex, ABC Corp., XYZ Corp.,
John Doe 1-100, M.D., Richard Roe, Raritan Bay Medical
Center, Perth Amboy Division, Pine, Dr., Jamieson, Dr.,
Stein, Dr., Baruiz, Dr., M. Khan, Dr., A. Pearl, Dr., S.
Homer, Dr., Woodbridge Internal Medical Associates, Kuhn,
Dr., Central Jersey Orthopaedic Group, D. Bathany, D.
 NO. 96-5703
 United States Court of Appeals,
Third Circuit.
 June 26, 1997
 
 Appeal From: D.N.J. ,No.9501147 ,
 Orlofsky, J.
 
 
 1
 Affirmed.